UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:04-CV-166-D

| | | |
|---|---|---|
| KENNETH D. VINCENT, ET AL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| FREDERICK D. SANCILIO, ET AL | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Defendant's Notice of Bankruptcy Stay. On May 10, 2005, Defendant aaiPharma Inc. filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the Eastern District of North Carolina, Southern Division. Therefore, it is ORDERED that this action is STAYED pursuant to 11 U.S.C. §362. The Clerk is DIRECTED to administratively close this action. The case may be reopened by any party upon motion to the Court.

This 13th day of September, 2007.

By [signature] For DENNIS P. IAVARONE, CLERK